# Law Office of Shmuel Klein, PC
## Attorneys and Counselors at Law

**268 West Route 59**  
**Spring Valley, NY 10977**  
845-425-2510  
Federal Court Only  
shmuel.klein@verizon.net

**113 Cedarhill Avenue**  
**Mahwah, NJ 07430**  
201-529-3411  
State & Federal Court

*USDC SDNY*  
*DOCUMENT*  
*ELECTRONICALLY FILED*  
*DOC #: _____*  
*DATE FILED: 10/15/07*

Honorable Shira A. Scheindlin  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

October 12, 2007

Via Facsimile 212 805 7920

*RECEIVED CHAMBERS OF*  
*OCT 15 2007*  
*JUDGE SCHEINDLIN*

Re: Blake v. Financial Services, L.P.  
Case No. 07 CV 7502

Dear Honorable Judge Scheindlin,

Request is respectively made to adjourn Initial Conference for the above referenced case. Concepcion A. Montoya of Hinshaw & Culberston, LLP attorney for the Defendant, has consented to the request of the adjournment. Listed below are the agreeable dates in which we will both be available.

November 14, 2007  
November 16, 2007  
November 19, 2007

Respectively submitted,

Sincerely,

Shmuel Klein/ld.

Cc: Conception A. Montoya (Via Facsimile)  
Hinshaw & Culberston. LLP

*Plaintiff's request is granted. The Initial Conference previously scheduled for Nov. 8, 2007 is adjourned to Nov. 14, 2007, at 4:00 p.m.*

*SO ORDERED:*  
*Date: Oct. 15, 2007*  
*Shira A. Scheindlin, USDJ*