UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ERNESTINE BLAKE,<br><br>                            Plaintiff,<br><br>- against -<br><br>LTD FINANCIAL SERVICES, LP<br>MIKE WILLIAMS,<br><br>                           Defendants. | ECF FILING<br><br>Case No. 07 Civ. 7502 (SAS)<br><br>**DISCLOSURE PURSUANT TO RULE 7.1** |

      Defendant, LTD FINANCIAL SERVICES, LP, by and through its attorneys, HINSHAW & CULBERTSON LLP, respectfully submits LTD Financial Services, LP's corporate disclosure statement, pursuant to Federal Rule of Civil Procedure Rule 7.1, and state as follows:

      1.    LTD Financial Services, LP has no parent corporation and no publicly held company owns 10% or more of LTD Financial Services, LP's stock.

Dated: New York, New York
       November 1, 2007

                                                     Respectfully submitted,

                                                     HINSHAW & CULBERTSON LLP
                                                     Attorneys for Defendant
                                                     LTD FINANCIAL SERVICES, LP

                                                     By: _____
                                                        Concepcion A. Montoya (CM-7147)

                                                     780 Third Avenue, 4th Floor
                                                     New York, New York 10017
                                                     (212) 471-6200

TO:    Shmuel Berel Klein, Esq.
          Law Office of Shmuel Klein, P.C.
          *Attorney for Plaintiff*
          268 Route 59 West
          Spring Valley, New York 10977
          (845) 425-2510