UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNESTINE BLAKE,<br><br>       Plaintiff,<br><br>   - against -<br><br>LTD FINANCIAL SERVICES, LP<br>MIKE WILLIAMS,<br><br>       Defendants. | Case No.   07 Civ 7502 (SAS)<br><br>**CERTIFICATE OF SERVICE** |

   The undersigned certifies that on November 1, 2007, she caused Defendant LTD Financial Services, LP's Rule 7.1 Disclosure Statement to be served by electronic transmission upon Shmuel Berel Klein, Esq.

   The undersigned further certifies that she caused a true copy of the Answer to be served by first class mail, by having the same mailed in a sealed envelope, with postage prepaid thereon, and having it deposited in an official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee indicated below:

          Schmuel Berel Klein, Esq.
         Law Office of Shmuel Klein, P.C.
           Attorney for Plaintiff
           268 Route 59 West
         Spring Valley, New York 10977

                            _/s/ Concepcion A. Montoya_
                             Concepcion A. Montoya

Dated: November 1, 2007