UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X
-------------------------------------------------------
                                                  :
              Blake                               :           11/15/07
                                                  :
                   v                              :     ORDER OF REFERENCE
                                                  :     TO A MAGISTRATE JUDGE
              LTD Financial Svc                   :
                                                  :     07 Civ. 7502 (SAS) ( )
                                                  X
-------------------------------------------------------

    The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| ✓ | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion:_____ |
| | • | | All such motions: ___ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         Nov 14, 2007

                                          _____
                                          United States District Judge

    December would be best.

                                                        Thanks