USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08

RECEIVED
CHAMBERS OF
JAN 2 9 2008
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNESTINE BLAKE,

                              Plaintiff,

- against -

LTD FINANCIAL SERVICES, LP AND
MIKE WILLIAMS,

                              Defendant.

STIPULATION OF DISMISSAL

07 Civ. 7502 (SAS)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff, ERNESTINE BLAKE, and defendants, LTD FINANCIAL SERVICES, LP and MIKE WILSON (incorrectly named by plaintiff as MIKE WILLIAMS), that the above-entitled action is hereby dismissed with prejudice, and without costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       January 29, 2008

| | |
|---|---|
| LAW OFFICE OF SHMUEL BEREL KLEIN, P.C.<br>Attorneys for Plaintiff ERNESTINE BLAKE | HINSHAW & CULBERTSON LLP<br>Attorneys for Defendant<br>LTD FINANCIAL SERVICES, LP |
| By: _____<br>      Shmuel Klein, Esq. | By: _____<br>      Concepcion A. Montoya (CM-7147) |
| 268 Rt. 59<br>Spring Valley, New York 10977<br>(845) 425-2510 | 780 Third Avenue, 4th Floor<br>New York, NY 10017-2024<br>(212) 471-6200 |

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

1/29/08

31026228v1 881759