UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNESTINE BLAKE,

                Plaintiff,

- against -

LTD FINANCIAL SERVICES, LP AND
MIKE WILLIAMS,

                Defendant.

**STIPULATION OF DISMISSAL**

07 Civ. 7502 (SAS)(HP)

JUDGE SCHEINDLIN

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff, ERNESTINE BLAKE, and defendants, LTD FINANCIAL SERVICES, LP and MIKE WILSON (incorrectly named by plaintiff as MIKE WILLIAMS), that the above-entitled action is hereby dismissed with prejudice, and without costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       January 29, 2008

LAW OFFICE OF SHMUEL BEREL KLEIN, P.C.
Attorneys for Plaintiff ERNESTINE BLAKE

By: _____
     Shmuel Klein, Esq.

268 Rt. 59
Spring Valley, New York 10977
(845) 425-2510

HINSHAW & CULBERTSON LLP
Attorneys for Defendant
LTD FINANCIAL SERVICES, LP

By: _____
     Concepcion A. Montoya (CM-7147)

780 Third Avenue, 4th Floor
New York, NY 10017-2024
(212) 471-6200

SO ORDERED:

_____  1/31/08
SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

31026228v1 881759